EDNA M. E. B. BAYLOR, Appellant, *v.* LONDON GUARANTEE & ACCIDENT COMPANY, LIMITED, OF LONDON, ENGLAND, Respondent.

(Argued October 14, 1935; decided November 19, 1935.)

*James H. McIntosh* and *Robert E. McCormick* for appellant.

*Everett W. Bovard* and *William E. Lowther* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.